In re:                                                          Case No. 11-10579-wls
Shondia Denice Brown                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0418-2        User: lawson          Page 1 of 2        Date Rcvd: Dec 19, 2011
                           Form ID: pdf013        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2011.
          +BASS & ASSOCIATES,   3936 E FT LOWELL ROAD STE 200,   TUCSON, AZ 85712-1083
           KRISTEN S NARDONE ESQ,   LAW OFFICE OF AMY S DAVIS,   P O BOX 1394,   CONCORD, NC 28026-1394
         ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
          (address filed with court: PORTFOLIO RECOVERY ASSOCIATES,   ATTN MANAGING AGENT,   P O BOX 41067,
           NORFOLK, VA 23541)
          +SEAN M CORCORAN ESQ,   5121 PARKWAY PLZ DR STE 300,   CHARLOTTE, NC 28217-1965
          +SHONDIA DENICE BROWN,   4806 CHAPEL RIDGE DRIVE,   GREENSBORO, NC 27405-2793
          +US ATTORNEY,   P O BOX 1858,   GREENSBORO, NC 27402-1858
          +WEINSTEIN & RILEY PS,   2001 WESTERN AVE STE 400,   SEATTLE, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
          E-mail/PDF: pa_dc_litigation@salliemae.com Dec 19 2011 18:46:31      SALLIE MAE INC,
           BANKRTCY LITIGATION UNIT E3149,   P O BOX 9430,   WILKES BARRE, PA 18773-9430
          +E-mail/Text: bncmail@w-legal.com Dec 19 2011 18:26:07      WEINSTEIN & RILEY PS,
           2001 WESTERN AVE STE 400,   SEATTLE, WA 98121-3132
                                                                               TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2011**                    **Signature:**       *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2011 at the address(es) listed below:

        Anita Jo Kinlaw Troxler   office@chapter13gboro.com
        Kristen Scott Nardone   on behalf of Debtor Shondia Brown nardonelaw@gmail.com
        Patti H. Bass   on behalf of Creditor  HSBC Bank Nevada, N.A. ecf@bass-associates.com
        R. Bradford Leggett   on behalf of Respondent  Lewis & Associates Attorneys at Law, P.A.
         rbleggett@allmanspry.com
        Sean Michael Corcoran   on behalf of Creditor  Wells Fargo Bank, NA
         sean.corcoran@brockandscott.com,
         kelly.smith@brockandscott.com;cindy.boyd@brockandscott.com;karina.kenefick@brockandscott.com;Jayn
         e.Parks@brockandscott.com;matt.underwood@brockandscott.com;NCBKRIGN@brockandscott.com;beau.gill@b
         rockandscott.com;brian.williams@brockandscott.com;tim.lewis@b

                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                      )           **Motion and Notice**
                          )                  **Chapter 13**

Brown, Shondia Denice     xxx-xx-6097     )
4806 Chapel Ridge Drive                     )       No. 11-10579  C-13G
Greensboro, NC 27405                      )
d/b/a:  At Your Request C/T Service      )
                           Debtor(s)      )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

This plan was confirmed June 30, 2011.  The current plan payment is $1,835.00 per month and a review of the plan indicates the current payment is insufficient to deal with plan debt within a plan length of approximately 60 months due to the size of the mortgage arrearage claim filed in the case.  The Trustee estimates plan payment will need to increase to at least $1,895.00 per month effective February 2012 in order to deal with plan debt.  The Trustee recommends that an Order be entered modifying the Debtor's plan with plan payment to increase to $1,895.00 per month effective February 2012.

Date:  December 19, 2011                           s/Anita Jo Kinlaw Troxler
AJKT:pw                                        Standing Trustee

-------------------------------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  January 18, 2012  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing.  If objections are timely filed, a hearing on the motion will be held on  February 14, 2012  at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **December 19, 2011**                          OFFICE OF THE CLERK
                                              U.S. Bankruptcy Court

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

BASS & ASSOCIATES
3936 E FT LOWELL ROAD STE 200
TUCSON, AZ 85712

KRISTEN S NARDONE ESQ
LAW OFFICE OF AMY S DAVIS
P O BOX 1394
CONCORD, NC 28026-1394

PORTFOLIO RECOVERY ASSOCIATES
ATTN MANAGING AGENT
P O BOX 41067
NORFOLK, VA 23541

SALLIE MAE INC
BANKRTCY LITIGATION UNIT E3149
P O BOX 9430
WILKES BARRE, PA 18773-9430

SEAN M CORCORAN ESQ
5121 PARKWAY PLZ DR STE 300
CHARLOTTE, NC 28217

SHONDIA DENICE BROWN
4806 CHAPEL RIDGE DRIVE
GREENSBORO, NC 27405

US ATTORNEY
P O BOX 1858
GREENSBORO, NC 27402

WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98121